### JAMES ASHCROFT v. THE STATE.

1—On a trial for taking up and using an estray, without first complying with the laws regulating estrays, the State has only to prove that the animal was running at large without a known owner, and that the accused took it up and used it. The burden of proof is then thrown on the accused, to show his compliance with the laws regulating estrays.

APPEAL from Wood. Tried below before the Hon. Winston Banks.

No occasion appears for stating the facts.

*S. P. Donley*, for the appellant.

No brief for the State.

LINDSAY, J.—It has been heretofore decided by this court, the charge in an indictment that a party took up and *used* an estray, without first complying with the laws regulating estrays, was sufficient.     The *using* or *disposing* of an estray is the *gravamen* of the offence.     Under such a charge, the State has only to prove that the animal was running at large without a known owner, and that the accused, not being the owner, took it up and *used* it.     The defendant may then confess and avoid, by admitting that he took up and used the animal, but that he had authority for so using it; because he had the animal estrayed in the manner prescribed by law.     When the State shows the taking up and using, the burden of proof is then thrown upon the defendant, to show he was justified in using it.     The judgment is affirmed.

Affirmed.